■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MARK EDWARD CRUTCHFIELD, Admitted in 1988, at a Term of the Appellate Division, Second Department. [716 NYS2d 555] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 230 AD2d 366.]